| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Sebring Revolution, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-4340891

**4. Debtor's address**

Principal place of business:  
97-103 Attorney Street  
a/k/a 80 Clinton Street  
New York, NY 10002  
Number, Street, City, State & ZIP Code

New York  
County

Mailing address, if different from principal place of business:  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  
sebringrevolution.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Sebring Revolution, Inc.**                                             Case number (*if known*)
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __7115__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Sebring Revolution, Inc.** _____   Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Sebring Revolution, Inc.**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Sebring Revolution, Inc.**     Case number (*if known*) _____
     Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2025**
                     MM / DD / YYYY

**X**   **/s/ Steven Sebring**                     **Steven Sebring**
    Signature of authorized representative of debtor      Printed name

Title   **Sole Shareholder**

**18. Signature of attorney**

**X**   **/s/ Scott J. Bogucki**              Date   **July 22, 2025**
    Signature of attorney for debtor                          MM / DD / YYYY

**Scott J. Bogucki**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone   **(716) 845-6446**     Email address _____

**4747366 NY**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Sebring Revolution, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Fox Rothschild** Two Commerce Square 2001 Market Street, Suite 1700 Philadelphia, PA 19103 | | **Attorney fees** | | | | $38,874.00 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101 | | **Tax arrears** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **Jane Ardsley Frocks, Inc.** c/o Moss Real Estate 77 La Rue Drive Huntington, NY 11743 | | **Rent arrears** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $651,947.00 |
| **NYS DOTF** Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300 | | **Tax arrears** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **Richard Dolan** 515 Madison Avenue, Suite 8192 New York, NY 10022 | | **Business debt** | | | | $2,500.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

**Fill in this information to identify the case:**

Debtor name: **Sebring Revolution, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Fox Rothschild**<br>**Two Commerce Square**<br>**2001 Market Street, Suite 1700**<br>**Philadelphia, PA 19103**<br>Date(s) debt was incurred **05/2025**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Attorney fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$38,874.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101**<br>Date(s) debt was incurred **2019+**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Tax arrears**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Jane Ardsley Frocks, Inc.**<br>**c/o Moss Real Estate**<br>**77 La Rue Drive**<br>**Huntington, NY 11743**<br>Date(s) debt was incurred **03/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Rent arrears**<br>Is the claim subject to offset? ☐ No  ■ Yes | **$651,947.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**NYS DOTF**<br>**Bankruptcy Unit**<br>**PO Box 5300**<br>**Albany, NY 12205-0300**<br>Date(s) debt was incurred **2019+**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Tax arrears**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |

Debtor **Sebring Revolution, Inc.**                                  Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,500.00** |
| | **Richard Dolan**<br>**515 Madison Avenue, Suite 8192**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred 2023** | **Basis for the claim: Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Platte Klarsfeld & Levine**<br>**10 East 40th Street**<br>**New York, NY 10016** | Line **3.3**<br>☐   Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.     $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 693,323.00 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.     $ | 693,323.00 |

# United States Bankruptcy Court
## Southern District of New York

In re **Sebring Revolution, Inc.**　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven Sebring**<br>**176 East 3rd Street**<br>**Apt. 6D**<br>**New York, NY 10009** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the **Sole Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **July 22, 2025**　　　　　　　　　　　　　　　　　Signature  **/s/ Steven Sebring**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Steven Sebring**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re  **Sebring Revolution, Inc.**                                                                Case No.  
                                        Debtor(s)                                                  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 22, 2025**                       **/s/ Steven Sebring**  
                                               **Steven Sebring**/**Sole Shareholder**  
                                               Signer/Title

```
FOX ROTHSCHILD
TWO COMMERCE SQUARE
2001 MARKET STREET, SUITE 1700
PHILADELPHIA, PA 19103


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101


JANE ARDSLEY FROCKS, INC.
C/O MOSS REAL ESTATE
77 LA RUE DRIVE
HUNTINGTON, NY 11743


NYS DOTF
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300


PLATTE KLARSFELD & LEVINE
10 EAST 40TH STREET
NEW YORK, NY 10016


RICHARD DOLAN
515 MADISON AVENUE, SUITE 8192
NEW YORK, NY 10022


STEVEN SEBRING
176 EAST 3RD STREET
APT. 6D
NEW YORK, NY 10009
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Sebring Revolution, Inc.**                                   Case No.
                                    Debtor(s)                        Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sebring Revolution, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**July 22, 2025**                          **/s/ Scott J. Bogucki**
Date                                       **Scott J. Bogucki**
                                           Signature of Attorney or Litigant
                                           Counsel for  **Sebring Revolution, Inc.**
                                           **Gleichenhaus, Marchese & Weishaar, P.C.**
                                           **930 Convention Tower**
                                           **43 Court Street**
                                           **Buffalo, NY 14202**
                                           **(716) 845-6446 Fax:(716) 845-6475**

# RESOLUTIONS OF

# SEBRING REVOLUTION, INC.

The undersigned, Steven Sebring, being the sole shareholder and President of Sebring Revolution, Inc., hereby affirms that the following is a true and accurate copy of the Resolutions adopted by Sebring Revolution, Inc., memorialized on July 22, 2025, and further affirms that these Resolutions have not been modified or rescinded and remain in full force and effect as of the date hereof.

RESOLVED, that this corporation file for reorganization under chapter 11 of title 11 of the United States Code; and be it further

RESOLVED, that Steven Sebring, sole shareholder and President, be and the same is hereby authorized to sign any and all documents and instruments on behalf of the corporation necessary or appropriate for the filing, maintenance, prosecution, or advancement of the case; and be it further

RESOLVED, that the law firm of Gleichenhaus, Marchese & Weishaar, PC be retained as counsel to the corporation with respect to the chapter 11 proceeding.

Date: July 22, 2025

**SEBRING REVOLUTION, INC.**
By:     Steven Sebring
Title:  President